Form B16
12/07

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

In re: Linda Miller                                  Case No. 22-13002

                                                          Judge: PRICE SMITH

                                                          Chapter 13

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. Section 159)
Schedule I
Schedule J
Unsworn Declaration Under Penalty of Perjury

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice was served by regular U.S. mail or by electronic filing this 11th day of December, 2022, to the following parties:

**Debtor:**
Linda Miller
12714 Barrington Ave.
Cleveland, OH 44108

**Chapter 13 Trustee:**
Lauren A. Helbling
(ch13trustee@ch13cleve.com)

                                                /s/Jon Ginter
                                                Jon Ginter (0078446)
                                                Law Offices of Jon Ginter, LLC
                                                Attorney for Debtor
                                                815 E. Superior / Suite 1620
                                                Cleveland, OH 44114
                                                P: (216) 526.0309/F: (216) 916.4927
                                                jginter@ginterlegal.com