# OFFICE OF THE CHAPTER 13 TRUSTEE
## LAUREN A. HELBLING, TRUSTEE

For Cases Filed Under Chapter 13 in the United States Bankruptcy Court
Northern District of Ohio - Eastern Division (Cleveland)

**Office Address**
Lauren A. Helbling, Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland, Ohio 44114-2321
Tel: (216) 621-4268   Fax: (216) 621-4806
www.13trusteecleveland.com

**Payment Address**
Lauren A. Helbling
Chapter 13 Trustee
P.O. Box 593
Memphis, TN 38101-0593
*Include case number
  on payment

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
### For the period January 01, 2024 through January 31, 2025

Case No: 22-13002-jps           Filed: October 05, 2022

Debtor:   LINDA MILLER
          12714 BARRINGTON AVE

          CLEVELAND, OH  44108

Attorney: JON M GINTER                Required Plan Payment:   $815.00 MONTHLY
          (216) 526-0309

---

### RECONCILIATION OF FUNDS RECEIVED AND DISBURSED SINCE CASE FILED

| | | |
|---|---:|---:|
| Plan Payments Received: | | 23,455.00 |
| Disbursements: | | |
|     Principal | 13,808.98 | |
|     Interest | 3,793.02 | |
|     Attorney Fee | 4,140.00 | |
|     Trustee Fee | 1,713.00 | |
| | | 23,455.00 |
| Funds on Hand: | 0.00 | |
| | | 23,455.00 |

CASE NO:   22-13002-jps
DEBTOR:   LINDA  MILLER

### RECEIPTS DURING TWELVE-MONTH REPORTING PERIOD

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Jan 16, 2024 | 815.00 | Feb 20, 2024 | 815.00 | Mar 22, 2024 | 815.00 | Apr 11, 2024 | 815.00 | May 22, 2024 | 815.00 |
| Jun 07, 2024 | 815.00 | Jun 12, 2024 | -815.00 | Jun 18, 2024 | 815.00 | Jul 07, 2024 | 815.00 | Aug 07, 2024 | 815.00 |
| Sep 07, 2024 | 815.00 | Oct 07, 2024 | 815.00 | Oct 10, 2024 | -815.00 | Nov 07, 2024 | 815.00 | Dec 07, 2024 | 815.00 |
| Jan 07, 2025 | 815.00 | | | | | | | | |

### DISBURSEMENTS DURING TWELVE-MONTH REPORTING PERIOD

| Claim # | Creditor Name | Acct# (Last 4 Digits) | Class | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 001 | JOHN SOLIDAY FINANCIAL GROUP INC | 4098 | Unsecured | .00 | .00 |
| 002 | AMERICAN CREDIT ACCEPTANCE | 4098 | Unsecured | .00 | .00 |
| 003 | MIDLAND CREDIT MANAGEMENT INC | 2141 | Unsecured | .00 | .00 |
| 004 | SANTANDER CONSUMER USA | 4324 | Secured | 1,952.77 | 982.73 |
| 004A | SANTANDER CONSUMER USA | 4324 | Secured | .00 | .00 |
| 004NA | SANTANDER CONSUMER USA INC | | Unsecured | .00 | .00 |
| 005 | DIVISION OF WATER | ####0000 | Unsecured | .00 | .00 |
| 006 | DIVISION OF WATER | ####9900 | Unsecured | .00 | .00 |
| 007 | LVNV FUNDING LLC | 9456 | Unsecured | .00 | .00 |
| 008 | PREMIER BANKCARD LLC | 2495 | Unsecured | .00 | .00 |
| 008NA | PREMIER BANKCARD LLC | | Unsecured | .00 | .00 |
| 009 | JEFFERSON CAPITAL SYSTEMS LLC | 1627 | Unsecured | .00 | .00 |
| 009NA | JEFFERSON CAPITAL SYSTEMS LLC | | Unsecured | .00 | .00 |
| 010 | PORTFOLIO RECOVERY ASSOCIATES LLC | 2123 | Unsecured | .00 | .00 |
| 010NA | PORTFOLIO RECOVERY ASSOCIATES | | Unsecured | .00 | .00 |
| 011 | CUYAHOGA COUNTY TREASURER | ####6034 | Secured | 350.00 | .00 |
| 011A | CUYAHOGA COUNTY TREASURER | ####6034 | Secured | 3,847.20 | 315.94 |
| 011B | CUYAHOGA COUNTY TREASURER | ####6034 | Secured | .00 | .00 |
| 012 | KEYBANK MORTGAGE PAYMENT PROCESSING | 8785 | Secured | .00 | .00 |
| 012NA | KEYBANK NA | | Unsecured | .00 | .00 |
| 799 | JON M GINTER | | Attorney Fees | .00 | .00 |
| 799A | JON M GINTER | | Attorney Fees | 1,500.00 | .00 |
| | CREDIT FIRST NATL ASSOC | 2457 | Unsecured | .00 | .00 |
| | | | Total Paid To Date: | 7,649.97 | 1,298.67 |